Marc VEASEY; Jane Hamilton; Sergio Deleon; Floyd Carrier; Anna Burns; Michael Montez; Penny Pope; Oscar Ortiz; Koby Ozias; League of United Latin American Citizens; John Mellor–Crummey, Ken Gandy; Gordon Benjamin, Evelyn Brickner, Plaintiffs–Appellees

Texas Association of Hispanic County Judges and County Commissioners, Intervenor Plaintiffs–Appellees

v.

Greg ABBOTT, in his official capacity as Governor of Texas; Carlos Cascos, Texas Secretary of State; State of Texas; Steve McCraw, in his Official Capacity as Director of the Texas Department of Public Safety, Defendants–Appellants

United States of America, Plaintiff–Appellee

Texas League of Young Voters Education Fund; Imani Clark, Intervenor Plaintiffs–Appellees

v.

State of Texas; Carlos Cascos, Texas Secretary of State; Steve McCraw, in his Official Capacity as Director of the Texas Department of Public Safety, Defendants–Appellants

Texas State Conference of NAACP Branches; Mexican American Legislative Caucus, Texas House of Representatives, Plaintiffs–Appellees

v.

Carlos Cascos, Texas Secretary of State; Steve McCraw, in his Official Capacity as Director of the Texas Department of Public Safety, Defendants–Appellants

Lenard Taylor; Eulalio Mendez, Jr.; Lionel Estrada; Estela Garcia Espinosa; Margarito Martinez Lara; Maximina Martinez Lara; La Union Del Pueblo Entero, Incorporated, Plaintiffs–Appellees

v.

State of Texas; Carlos Cascos, Texas Secretary of State; Steve McCraw, in his Official Capacity as Director of the Texas Department of Public Safety, Defendants–Appellants.

No. 14–41127.

United States Court of Appeals, Fifth Circuit.

March 9, 2016.

Chad Wilson Dunn, Esq. (argued), Brazil & Dunn, Houston, TX, Neil G. Baron, Dickinson, TX, Erin Helene Flynn, Esq. (argued), Diana Katherine Flynn, Robert Acheson Koch, Christine Anne Monta, U.S. Department of Justice, Joshua James Bone, J. Gerald Hebert, Esq., Anna Marks Baldwin, Washington, DC, Armand G. Derfner, Esq., Derfner & Altman, L.L.C., Charleston, SC, John Albert Smith, III, Assistant U.S. Attorney, U.S. Attorney's Office, Corpus Christi, TX, Vishal Agraharkar, Jennifer Clark, NYU School of Law, New York, NY, Robert Wayne Doggett, Texas RioGrande Legal Aid, Incorporated, Austin, TX, Jose Garza, San Antonio, TX, Marinda Van Dalen, Texas RioGrande Legal Aid, Incorporated, Brownsville, TX, for Plaintiffs–Appellees.

Sherrilyn Ann Ifill, Leah Camille Aden, Esq., Natasha M. Korgaonkar, Esq., Janai S. Nelson, Esq., Deuel Ross, Christina A. Swams, Ryan Paul Haygood, Legal Defense & Educational Fund, Inc., New York, NY, Kelly Patrick Dunbar, Sonya Ludmilla Lebsack, WilmerHale, Ezra D. Rosenberg, Esq., Lawyers' Committee for Civil Rights Under Law, Washington, DC,

Rolando Leo Rios, I, Esq., Law Office of Rolando L. Rios, San Antonio, TX, Amy Lynne Rudd, Senior Litigating Attorney, Lindsey Beth Cohan, Dechert, L.L.P., Austin, TX, for Intervenor Plaintiffs–Appellees.

Scott A. Keller, Solicitor (argued), J. Campbell Barker, Matthew Hamilton Frederick, Deputy Solicitor Generals, Office of the Solicitor General for the State of Texas, Austin, TX, for Defendants–Appellants.

Lawrence John Joseph, Daniel B. Kohrman, Senior Attorney, Washington, DC, Martin Jonathan Siegel, Law Office of Martin J. Siegel. P.C., Rebecca L. Robertson, American Civil Liberties Union of Texas, Houston, TX, Dale Edwin Ho, Director, Sean Young, American Civil Liberties Union Foundation, New York, NY, for Amicus Curiae.

Before STEWART, Chief Judge, JOLLY, DAVIS, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT.

A member of the court having requested a poll on the petition for rehearing en banc, and a majority of the circuit judges in regular active service and not disqualified having voted in favor,

IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.